956

eration or decision of this petition. ▮

▮

No. 09–8755. Hood v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, 561 U. S. 1028;
No. 09–10594. Land v. Florida, 561 U. S. 1032;
No. 09–10909. Hines v. Jackson, Superintendent, Nash Correctional Institution, 561 U. S. 1033;
No. 09–10928. Clark v. United States Gypsum Co., 561 U. S. 1034; and
No. 09–11073. Takele v. Mayo Clinic, 561 U. S. 1036. Petitions for rehearing denied.

October 12, 2010

No. 09–1443. Ryan, Director, Arizona Department of Corrections v. Doody. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Florida* v. *Powell,* 559 U. S. 50 (2010). ▮

No. 09–11051. Peterson v. McNeil, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Holland* v. *Florida,* 560 U. S. 631 (2010).

No. 10–8. Eugene Iovine, Inc. v. National Labor Relations Board. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *New Process Steel, L. P.* v. *NLRB,* 560 U. S. 674 (2010). Justice Sotomayor took no part in the consideration or decision of this petition. ▮

No. 10–5211. Loadholt v. Massachusetts. Sup. Jud. Ct. Mass. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McDonald* v. *Chi-*